IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 23 2007

DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | | |
|---|---|---|
| JOHN GERARD QUINN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 4:06cv120 |
| | § | |
| JOHN ROACH, individually and in his | § | |
| official capacity as Collin County District | § | |
| Attorney, GAIL LEYKO, MANUEL | § | |
| GONZALES, CURTIS HOWARD, KRISTI | § | |
| TYLER, and MICHELLE VOIRIN, | § | |
| individually and in their official capacities | § | |
| as Collin County Assistant District Attorneys, | § | |
| JOSE QUILES, and FIVE JOHN DOE | § | |
| DEFENDANTS, individually and in their | § | |
| official capacities as McKinney, Texas police | § | |
| officers, LAURIE HOUSTON and KATIE | § | |
| QUINN, individually, COLLIN COUNTY, | § | |
| TEXAS and THE CITY OF MCKINNEY, | § | |
| TEXAS, | § | |
| | § | |
| Defendants. | § | |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced civil action, this Court having heretofore ordered this case be referred to the United States Magistrate Judge for all pretrial purposes.

The report of the United States Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of Defendants Laurie Houston and Katie Quinn's "Motion to Dismiss and Request for Summary Judgment" [Dkt. No. 25], has been presented for consideration.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

ORDERED that the Magistrate Judge's Report is ADOPTED as the opinion of the Court.

SIGNED this 22nd day of March, 2007.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE